**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:12-CR-0256-RWS |
| ELOY GUTIERREZ-MARTINEZ : | |
| and RICARDO GUTIERREZ, : | |
| : | |
| Defendants. | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [51] of Magistrate Judge Justin S. Anand. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant Eloy Gutierrez-Martinez's Motion to Suppress Evidence Seized Without a Warrant [29], Motion to Suppress Evidence Seized With a Weapon [30] and Motion to Suppress Evidence Seized From Search of Home Based Upon Material Omissions and False Statements in Search Warrant [40] are **DENIED**.

    **SO ORDERED** this  17th  day of April, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE